UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAKOY GALE,

    Plaintiff,

v.                                                  4:19cv55-WS/HTC

KIMBERLY GARBER, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 51) docketed June 15, 2020. The magistrate judge recommends that Plaintiff's claims against R. Terry be dismissed without prejudice for failure to effect timely service of process. Plaintiff has filed no objections to the report and recommendation, despite having been granted (ECF No. 53) an extension of time to do so.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 51) is hereby ADOPTED and incorporated by reference into this order.

2. All claims against the defendant, R. Terry, are DISMISSED WITHOUT PREJUDICE for failure to effect timely service of process pursuant to Fed. R. Civ. P. 4(m).

3. The clerk shall note on the docket that R. Terry has been terminated as a defendant in the case.

4. The clerk shall refer the case back to the magistrate judge for further proceedings.

DONE AND ORDERED this __4th__ day of __September__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE