IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAKOY R. GALE,

     Plaintiff,

v.                                                         4:19cv55–WS/HTC

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 66) docketed October 22, 2020. The magistrate judge recommends that Defendants' motion for summary judgment (ECF No. 56) be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 66) is hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion for summary judgment (ECF No. 56) is GRANTED.

3. Defendants Angela Gaskins and Kimberly Garber are DISMISSED from this case.

4. The clerk shall note on the docket that Gaskins and Garber are terminated as defendants in this case.

5. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___25th___ day of ___November___, 2020.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE