IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAKOY R. GALE,,

    Plaintiff,

v.                                           4:19cv55–WS/HTC

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

_____

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the court is the magistrate judge's report and recommendation (ECF No. 72) docketed December 30, 2020. The magistrate judge recommends that Defendant's motion to dismiss be granted. Plaintiff has filed no objections to the report and recommendation despite having been granted two extensions of time to do so.

Having reviewed the matter, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 72)) is

hereby ADOPTED and incorporated by reference into this order.

    2. Defendant's motion to dismiss (ECF No. 64) is GRANTED.

    3. Plaintiff's amended complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

    4. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

    DONE AND ORDERED this __13th__ day of __May__, 2021.


                  s/ William Stafford
                  WILLIAM STAFFORD
                  SENIOR UNITED STATES DISTRICT JUDGE